**No. R67/117.**—Sutton Creations, Inc. *v.* United States, reappraisements R66/682, etc. (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's wearing apparel) and that such value was the appraised unit value, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

BEFORE JUDGE WATSON, NOVEMBER 1, 1967

**No. R67/118.**—W. M. Stone & Company, a/c Philipp Bros. Chemicals et al. *v.* United States, reappraisements R58/14940, etc. (Norfolk).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those in *United States* v. *Philipp Bros. Chemicals, Inc.* (56 Cust. Ct. 816, A.R.D. 208), the court found and held that United States value, as that value is defined in section 402(e), Tariff Act of 1930, as amended, is the proper basis for the determination of the value of the sodium peroxide involved and that such value was $0.129245 per pound, net, packed.

BEFORE JUDGE BECKWORTH, NOVEMBER 21, 1967

**No. R67/119.**—Kurt Orban Company, Inc. *v.* United States, reappraisement R58/26287 (Houston).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized tie wire, galvanized hanger wire, galvanized wire strand, bright wire, black annealed wire, galvanized steel wire, and bright hard drawn wire in issue and that said value is represented by the invoice unit values, net, packed, exclusive of inland freight and f.o.b. charges.